United States Bankruptcy Court
Northern District of Florida

In re:                                                                          Case No. 11-50482-KKS
David Aaron Lewis, III                                                          Chapter 13
Elizabeth Ann Lewis
          Debtors

## CERTIFICATE OF NOTICE

District/off: 1129-5          User: lisom          Page 1 of 1          Date Rcvd: Jun 26, 2018
                             Form ID: pdf002       Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db           +David Aaron Lewis, III,    PO Box 41,   Greenwood, FL 32443-0041
jdb          +Elizabeth Ann Lewis,   107 Liberty Manor Circle, Apt. A-04,   Port St. Joe, FL 32456-2415
2045761      +Mariner Finance Florida, Inc.,   8211 Town Center Drive,   Nottingham, MD 21236-5904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
             +E-mail/Text: cmecf@dilksknopik.com Jun 27 2018 02:14:59     Brian J. Dilks, Managing Member,
               Dilks & Knopik, LLC.,   35308 SE Center St.,   Snoqualmie, WA 98065-9216
op           +E-mail/Text: cmecf@dilksknopik.com Jun 27 2018 02:14:59     Dilks & Knopik, LLC,
               35308 SE Center St,   Snoqualmie, WA 98065-9216
                                                                                      TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Mariner Finance Florida, Inc.,   8211 Town Center Drive,   Nottingham, MD 21236-5904
                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
              D. Tyler Van Leuven   on behalf of Creditor   Innovations Federal Credit Union bk@svllaw.com,
                Tyler@svllaw.com
              Elizabeth A. Cleveland   on behalf of Creditor   W. S. Badcock Corporation
                frida.jackson@badcock.com,   elizabeth.cleveland@badcock.com;erin.overstreet@badcock.com
              Leigh D. Hart   on behalf of Trustee Leigh D. Hart ldhdock@earthlink.net,
                ldhtre@earthlink.net;ldhadmin@earthlink.net
              Matthew H. Scott   on behalf of Creditor   World Omni Financial Corp mhs@trippscott.com,
                bankruptcy@trippscott.com
              Quinn E. Brock, Esq.   on behalf of Debtor David Aaron Lewis, III bankruptcy@brockandstoutlaw.com,
                bkbackup@managelawfirm.com;bankruptcy@managelawfirm.com;gabi@brockandstoutlaw.com;amber.adams@bro
                ckandstoutlaw.com
              Quinn E. Brock, Esq.   on behalf of Joint Debtor Elizabeth Ann Lewis
                bankruptcy@brockandstoutlaw.com,
                bkbackup@managelawfirm.com;bankruptcy@managelawfirm.com;gabi@brockandstoutlaw.com;amber.adams@bro
                ckandstoutlaw.com
              United States Trustee   USTPRegion21.TL.ECF@usdoj.gov
                                                                                      TOTAL: 7

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

DAVID AARON LEWIS, III &
ELIZABETH ANN LEWIS,           CASE NO.: 11-50482-KKS
                                    CHAPTER: 13

    Debtors.
_____/

## ORDER APPROVING SECOND APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS (DOC. 191) and DIRECTING DISBURSEMENT OF FUNDS

**This Case** came before the Court upon the Second Application for Payment of Unclaimed Funds (the "Application," Doc. 191) submitted by Dilks & Knopik, LLC ("Applicant") on behalf of Mariner Finance Florida, Inc. ("Claimant"). It appearing that the Application was submitted using the proper form and that the Application provided the required information, it is

**ORDERED:**

1. The Second Application for the Recovery of Unclaimed Funds (Doc. 191) is APPROVED.

SK

2. An AO213 form will be provided to Dilks & Knopik, LLC via mail after the entry of this Order, which will allow it to choose between receiving a check, or an electronic funds transfer ("EFT") of the unclaimed funds.

3. The Clerk is authorized to release the unclaimed funds being held in the Registry of this Court, in the amount of $487.26, payable to Dilks & Knopik LLC, 35308 SE Center St., Snoqualmie, WA 98065, or payment may be remitted via EFT at the Clerk's discretion an upon receipt of an AO213 form.

DONE AND ORDERED on ___June 26, 2018___.


KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

Copies to:
All parties in interest

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
35308 SE Center St.
Snoqualmie, WA 98065